UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY SIMONS,
    Plaintiff(s),

v.                                    Case No.  09-13974
                                    Hon.  Bernard A. Friedman

CITY OF LINCOLN PARK, ET AL.,
    Defendant(s).

_____/

## ADJOURNMENT OF FINAL PRETRIAL CONFERENCE AND JURY TRIAL DATE

**Currently scheduled final pretrial conference and trial date of Monday, 7/18/11 and Tuesday, 7/26/11 is hereby adjourned to accommodate settlement discussions and resolution of dispositive motions.**

The Scheduling Order governing the progress of this case is amended as indicated .

**Final Pretrial Conference**:   The final pretrial conference is scheduled  for **MONDAY, August 22, 2011  at   1:00 p.m.**

A proposed Joint Pretrial Order signed by counsel for all parties will be submitted to the Court one (1) week prior to the final pretrial conference.  The requirements of such a pretrial order, as set forth in Local Rule 16.2, are attached.  Compliance with these requirements is mandatory.

**Note:  Because the main focus will be on settlement, counsel must bring their clients with them to this conference.  (See "Further Instructions" on reverse side.)  If you have any questions concerning this matter, please call one of my law clerks or my case manager at (313) 234-5170.**

**Trial(Jury/Bench)**:   Trial is scheduled to **commence    Tuesday, August 30, 2011  at  9:00 am.**

                                    s/Bernard A. Friedman
                                    United States District Judge

Dated:  July 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 1, 2011, by electronic and/or ordinary mail.

                                    s/Carol Mullins
                                    Case Manager

**Final Pretrial Conference**

FURTHER INSTRUCTIONS:

If the client is a governmental entity, counsel is expected to bring the entity's chief administrative official. If the client is a corporation, counsel is expected to bring the corporation's president, CEO, or vice-president for finance; in-house counsel may attend, but must be accompanied by one of these other, non-lawyer representatives. If a client has insurance coverage, counsel is expected to bring a claims representative who has <u>full authority</u> to settle the claim in the <u>full amount</u> of plaintiff's demand. THESE CLIENT REPRESENTATIVES MUST PERSONALLY ATTEND THE PRETRIAL CONFERENCE; IT IS NOT SUFFICIENT THAT THEY BE "AVAILABLE BY TELEPHONE." Failure to strictly comply with this requirement will result in the imposition of appropriate sanctions, including dismissal of the complaint, entry of a default judgment and requiring the disobedient party to pay all of the costs incurred by the other parties in attending the conference and/or in reconvening the conference at a later date.